JULIUS BRODY, Appellant, v. MADISON LUNCH, INC., and Others, Respondents, and ISRAEL MURZIN, Defendant.— Motion denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

ALICE J. DIONYSIUS, Appellant, v. GEORGE DIONYSIUS, Respondent.— Motion for reargument denied, with ten dollars costs. Motion to reinstate alimony denied, without prejudice to an application at the Special Term. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

MAX FEUER, Appellant, v. LEOPOLD SCHALLER and Others, Respondents.— Motion denied on condition that appellant perfect the appeal, place the cause on the February calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

JENNIE FINBERG, Respondent, v. WILLIAM DE GOODE, Appellant.— Motion denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

NATHAN GOLDMAN and Another, Respondents, v. NATHAN DONIGER, Appellant.— Motion to vacate default granted upon payment of ten dollars costs, on condition that appellant perfect the appeal, place the cause on the February calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of the Petition of the BROOKLYN TRUST COMPANY, to Render and Settle Its Final Account, as Executor, etc., of ALFRED L. SIMONSON, Deceased. —Motion for reargument denied, without costs. Present — Rich, Kelly, Jaycox, Kelby and Young, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., Jersey Street, etc., Borough of Richmond, City of New York.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., Rockaway Boulevard from Elderts Lane to Atlantic Avenue, etc.— Motion granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of the Application of the LONG BEACH WATER COMPANY and Others, to Compel the ESTATES OF LONG BEACH to Proceed with an Arbitration. —Motion denied. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of CHARLES T. McCARTHY, an Attorney.— Matter referred to the Hon. Herbert T. Ketcham, official referee, to take testimony and report to this court. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

LAVINIA LALLY, Respondent, v. EDWARD ADELMAN, Appellant.— Motion for stay granted on condition that the appeal from the order adjudging defendant in contempt of court be brought on for argument on February 6, 1922, for which date the cause is set down. [See 200 App. Div. 919.] Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

SALVADOR LICARI, Respondent, v. CHARLES R. TEMPLE, Appellant.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.